# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00558-CR

**Quentin Dante Balderaz, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY, NO. D-15-0269-SB, THE HONORABLE BRAD GOODWIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Quentin Dante Balderaz seeks to appeal the judgment adjudicating his guilt for the felony offense of burglary of a habitation. *See* Tex. Penal Code § 30.02(c)(2). The district court certified that Balderaz waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____
Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed: September 19, 2018

Do Not Publish